IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GARY STEELE, GREEN POINT APARTMENTS, LTD., AND STEELE PROPERTIES LP,<br>    PLAINTIFFS, | § § § § § | |
| V. | § § | CIVIL ACTION NO. 7:15-CV-00442 |
| SCOTTSDALE INSURANCE COMPANY; US RISK UNDERWRITERS<br>    DEFENDANTS. | § § § § | [JURY DEMANDED] |

## AGREED STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

COME NOW, Plaintiffs, GARY STEELE, GREEN POINT APARTMENTS, LTD., and STEELE PROPERTIES, LP, and Defendant, SCOTTSDALE INSURANCE COMPANY, and respectfully file this Agreed Stipulation of Dismissal Pursuant to Settlement, with Prejudice and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs and Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. The parties have further agreed that the costs of court and attorney's fees shall be borne by the party incurring same. Accordingly, there no longer remains a controversy with respect to the above-referenced and numbered cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant respectfully request that this Honorable Court enter an Order by which the above-referenced and numbered civil action shall be dismissed, with prejudice.

Respectfully submitted,

By: /s/ P. Alkas
Peri H. Alkas; SBN: 00783536
Federal Bar No. 15785
ATTORNEY-IN-CHARGE
PHELPS DUNBAR, LLP
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
Email: alkasp@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT, SCOTTSDALE INSURANCE COMPANY**

OF COUNSEL:
PHELPS DUNBAR LLP
Ashley M. Parker
Texas Bar No. 24081085
ashley.parker@phelps.com

By: /s/
David DeGroot; SBN: 24044444
Federal Bar No. 784421
ATTORNEY-IN-CHARGE
THE DEGROOT LAW FIRM, PLLC
3827 N. 10th St., Suite 304
McAllen, TX 78501
Telephone: (956) 627-2787
Telecopier: (956) 627-4363
Email: degroot@degrootlaw.org

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**